# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 218 WAL 2021

          Respondent

                                      :  Petition for Allowance of Appeal
                                      :  from the Order of the Superior Court

          v.

JAMES EVERETT-BEY,

          Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.